| SSM HEALTH Cardinal Glennon St Louis | DIXON,JORDAN M |
|---|---|
| 1465 SOUTH GRAND BLVD | MRN: 633421 |
| SAINT LOUIS MO 63104-1095 | DOB: ▮▮▮▮ 1999, Sex: M |
| Hospital Record | Adm: 7/11/2014, D/C: 7/23/2014 |

## ED Provider Notes (continued)

**ED Provider Notes Signed by Mayer, Aaron, DO on 7/11/2014  7:06 PM (continued)**                                                                 Version 1 of 1

Mother concerned that he may be allergic to his bed since it worsens with sleeping. No recent changes in detergents. No recent travel. Minocycline for 1.5 months for Acne - stopped when the rash started

No family history of rash
IMM UTD
NKDA

**Past Medical History**
Diagnosis                                                                                          Date
- Medical history reviewed with no changes

**Past Surgical History**
Procedure                                                                     Laterality     Date
- Negative surgical history

**History**

Social History
- Marital Status:                   Single
    Spouse Name:                    N/A
    Number of Children:             N/A
- Years of Education:               N/A

Occupational History
- Not on file.

Social History Main Topics
- Smoking status:                   Never Smoker
- Smokeless tobacco:                Not on file
- Alcohol Use:                      No
- Drug Use:                         No
- Sexually Active:                  Not on file

Other Topics                                                                  Concern
- Not on file

Social History Narrative
   *Lives with parents and brother. No pets. No recent travel. No sick contacts. + tobacco in the house. No tobacco, drugs, alcohol. Denies sexual activity.*

## Medications
**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| predniSONE (DELTASONE) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| hydrocortisone (HYTONE) 1 % ointment | Apply to affected area 3 times daily. Arms and Back | 25 g | 0 |
| hydrOXYzine hcl (ATARAX) 25 MG tablet | Take 1 Tab by mouth 3 times daily as needed for Itching. | 9 Tab | 0 |

Viewed &/or Printed on 7/1/2016  1:08 PM                     GOVERNMENT EXHIBIT                             Page 106
Cardinal Glennon Record Set from Attorney Pranaitis                                                        000106

Attachment 6